UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
          )    Case No. 1:07-cr-62
vs. )
          )    JUDGE MATTICE
WILLIAM JESS TENNANT, JR. )    MAGISTRATE JUDGE LEE
          )

MEMORANDUM & ORDER
ARRAIGNMENT ON SUPERSEDING INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of the defendant, WILLIAM JESS TENNANT, JR., on the superseding indictment returned by the Grand Jury was held before the undersigned on May 22, 2007.

Those present for the hearing included:

(1) AUSA James Brooks for the USA.
(2) The defendant, WILLIAM JESS TENNANT, JR..
(3) Attorney Hallie H. McFadden for defendant Tennant.
(4) Deputy Clerk Pam Scott.
(5) Court reporter Shannan Andrews.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution.

The person present was the defendant named in the superseding indictment.

The defendant acknowledged having been provided with a copy of the superseding indictment and acknowledged having the opportunity of reviewing the superseding indictment with counsel.

The defendant waived a formal reading of the superseding indictment in open court. The defendant entered a not guilty plea to each count of the superseding indictment.

Presently, the case is assigned the dates set forth in a separate Modified Discovery and Scheduling Order.

ENTER.

s/Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE